*E-Filed 5/4/11*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES ALAN BUSH, | No. C 09-04231 RS (PR) |
| Plaintiff, | **ORDER EXTENDING TIME** |
| v. | |
| DR. DEAN WINSLOW, et al., | |
| Defendants. | |

This is a federal civil rights action filed by a *pro se* state prisoner pursuant to 42 U.S.C. § 1983. Plaintiff's motion to extend time to file an opposition to defendants' motion for summary judgment (Docket No. 60) is GRANTED. Plaintiff shall file a dispositive motion on or before July 1, 2011.

**IT IS SO ORDERED**.

DATED: May 4, 2011

RICHARD SEEBORG
United States District Judge