*E-Filed 6/20/11*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES ALAN BUSH, | No. C 09-04231 RS (PR) |
| Plaintiff, | **ORDER SETTING BRIEFING SCHEDULE** |
| v. | |
| SANTA CLARA DEPT. OF CORRECTIONS, et al., | |
| Defendants. | |

This is a federal civil rights action filed by a *pro se* state prisoner pursuant to 42 U.S.C. § 1983. Plaintiff's motion for an extension of time to file an opposition to defendants' motion for summary judgment (Docket Nos. 62 & 63) is GRANTED. Plaintiff shall file his opposition, if any, on or before September 1, 2011. **No further extensions of time will be granted.** Plaintiff has had ample time to file an opposition, having knowing about defendant's summary judgment motion since March. If plaintiff does not file an opposition on or before September 1, 2011, the Court will deem that (1) he has waived his right to file an opposition, and (2) the action has been submitted. If plaintiff files a timely opposition, defendants may, but are not required to, file a reply to plaintiff's opposition. Such reply must be filed within 15 days of the filing of plaintiff's opposition. **No extensions of time will be granted.** The matter will be deemed submitted when defendants file a reply

or when the time for filing a reply has passed, whichever occurs first.  The Clerk shall terminate Docket Nos. 62 & 63.

**IT IS SO ORDERED**.

DATED:  June 20, 2011

_____
RICHARD SEEBORG
United States District Judge